# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IVAN BROOKS, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDLAND CREDIT MANAGEMENT, INC., )<br>)<br>Defendant. ) | No. 2:23-cv-02046-TLP-cgc<br><br>JURY DEMAND |

## ORDER REQUIRING NOTICE OR STIPULATION OF DISMISSAL

Defendant filed a Notice of Settlement on June 22, 2023, stating that the parties reached a settlement as to Plaintiff's individual claims. (ECF No. 26.) To date, the parties have not filed a stipulation of dismissal.

Upon filing a notice of settlement, the parties are required to file either a notice of dismissal under to Fed. R. Civ. P. 41(a)(1)(A)(i), or a stipulation of dismissal under Rule 41(a)(1)(A)(ii). Under Local Rule 83.13, the parties are required to file a notice or stipulation of dismissal within twenty-eight (28) days of filing their notice of settlement. In this case, the Court gave the parties sixty (60) days, as they requested in their Notice of Settlement. Counsel for the parties in this action are therefore ORDERED to file a stipulation of dismissal within seven (7) days of the entry of this Order.

Failure to comply with this Order may be deemed good cause to dismiss this action in its entirety.

**SO ORDERED**, this 29th day of September, 2023.

          s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE