IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IVAN BROOKS, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | No. 2:23-cv-02046-TLP-cgc<br><br>JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on January 31, 2023. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 28), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 4, 2023
Date